July 11, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

JASON DEWAYNE HAGGERTY, Appellant

NO. 14-12-00461-CR
NO. 14-12-00462-CR

V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcripts of the record of the court below. Having considered the record, this Court holds that there was no error in judgment requiring reversal. The Court orders the judgment in cause number 1321005 **AFFIRMED**, and that this decision be certified below for observance.  The Court holds there was no error in the judgment requiring reversal, but there was error in the judgment as entered in cause number 1321004, which is capable of reformation by this Court. Therefore, the judgment in cause number 1321004 is **REFORMED**, to reflect a conviction for possession of a controlled substance.

The Court orders the judgment in cause number 1321004 **AFFIRMED** as **REFORMED**.

We further order this decision certified below for observance.